NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELANIE C. TAYLOR,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5008

---

Appeal from the United States Court of Federal Claims in No. 11-CV-0340, Judge Christine O.C. Miller.

---

**JUDGMENT**

---

PAUL W. BROWNING, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were RONALD L. SMITH and CHRISTINE HLAVKA.

MICHAEL D. AUSTIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E.

DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN, and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 16, 2013          /s/  Daniel E. O'Toole
        Date                       Daniel E. O'Toole
                                   Clerk